AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Stasha H.,<br><br>*Plaintiff*<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   4:25-CV-5117-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:   06/05/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*